# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA12 | E 2697131 | Edely | 050 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 11.26.2025 0950
**Offense Charged:** ☐ CFR ☒ USC ☐ State Code — 50 USC 1752(a)1
**Place of Offense:** Truck gate inspection, bldg 123
**Offense Description: Factual Basis for Charge:** Security violation — Knowingly enter restricted grounds without lawful authority
**HAZMAT:** ☐

### DEFENDANT INFORMATION
**Last Name:** Sibomana
**First Name:** Aimable

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| PWY7369 | OH | 22 | Volvo | ☐ | Blue |

**A** ☒ APPEARANCE IS REQUIRED — If Box A is checked, you must appear in court. See instructions.
**B** ☐ APPEARANCE IS OPTIONAL — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE** (If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: _____   Date: _____   Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 11/26, 20 25 while exercising my duties as a law enforcement officer in the Eastern District of California

*See Attached*

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/26/2025   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident